**Order filed April 21, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00993-CV
_____

### SAMUEL JOSEPH JACKSON, Appellant

### V.

### PAUL HOUSTON LAVALLE, Appellee

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2014-17352**

## O R D E R

The notice of appeal in this case was filed December 8, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **May 6, 2015.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM